**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | | |
|---|---|---|
| Claude Christopher Barnett, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No.: 4:02-2207-12 |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America, | ) | **ORDER** |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

The Court amends its order filed April 26, 2005, as follows:

On page 6, in the next to last line of the third complete paragraph, the year "2002" is substituted for the year "2000."

**AND IT IS SO ORDERED**.

                                                        s/ C. Weston Houck
                                                        **C. WESTON HOUCK
UNITED STATES DISTRICT JUDGE**

April 28, 2005
Charleston, South Carolina